UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:18-cv-60624-JIC

SHABRINA GERMAN,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

ABILITY RECOVERY SERVICES, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Defendant, Ability Recovery Services, LLC (ARS), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 30, 2018                    Respectfully Submitted,

                                            */s/ Ashley N. Rector*
                                            Ashley N. Rector, Esq.
                                            Florida Bar No. 0106605
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida 33618
                                            Telephone: (813) 440-5327
                                            Facsimile: (866) 466-3140
                                            arector@sessions.legal
                                            dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Ability Recovery Services, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of May 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jibrael S. Hindi, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301

*/s/ Ashley N. Rector*
Attorney