UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60624-CIV-COHN/SELTZER

SHABRINA GERMAN,

    Plaintiff,

v.

ABILITY RECOVERY SERVICES, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court *sua sponte*. On May 30, 2018, Defendant filed a notice indicating that the Parties have amicably resolved this dispute. [DE 18.] Yet, to date, the Parties have not filed a stipulation of dismissal. Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that the Parties shall show cause no later than **JULY 20, 2018**, as to why they have not yet filed a stipulation of dismissal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of July, 2018.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF