UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60624-CIV-COHN/SELTZER

SHABRINA GERMAN, individually
and on behalf of a Class of Similarly
Situated Individuals,

    Plaintiff,

v.

ABILITY RECOVERY SERVICES, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the Joint Stipulation for Final Order of Dismissal with Prejudice [DE 20] ("Stipulation"). The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises. Accordingly, it is thereupon

**ORDERED AND ADJUDGED** that the Stipulation [DE 20] is **APPROVED**. Plaintiff Shabrina German's claims in this action against Defendant Ability Recovery Services, LLC are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of July, 2018.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF